AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) |
|---|---|
| v. | ) |
| JERALD DONALD REUTZEL | ) Case No. MS 20-328 |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 14, 2020__ in the county of __Ada__ in the _____ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 115(a)(1)(B) | Influencing a Federal Official by Threat |
| 18 U.S.C. 2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:
Please see attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SSRA Douglas S. Hart
Printed name and title

Sworn to before me telephonically and signed electronically via teleconference with the identity of the Complainant vouched for by Assistant United States Attorney David G. Robins in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 11/20/2020

City and state: Boise, Idaho

_____
Judge's signature

Ronald E. Bush, Chief U.S. Magistrate Judge
Printed name and title