# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

Video Initial Appearance

MAGISTRATE JUDGE: Candy W. Dale          DATE: November 24, 2020
DEPUTY CLERK/ESR: Sunny Trumbull         TIME: 2:59 – 3:14 p.m.

### UNITED STATES OF AMERICA vs. JERALD DONALD REUTZEL
Case No. 1:20-mj-328-REB

Counsel for:
United States (AUSA): David Robins
Defendant: Melissa Winberg, FD (for today and tomorrow's detention hearing only)
Probation Officer: Gavin Zickefoose

Defendant appears in custody on a Complaint.
Constitutional Rights to Jury Trial and Counsel advised.
Maximum Penalties Provided.
Financial Affidavit reviewed and Court appointed Federal Defender to represent the defendant
    for today's proceedings only, as the Federal Defender's Office has a conflict. Defendant
    stated he can afford to hire an attorney. Court will appoint CJA counsel until/if Defendant
    retains counsel.
( ) Indictment    ( ) Information   (X) Complaint
    (X) Copy furnished to defendant/understands the charges and maximum penalties
    ( ) Read by Clerk    (X) Waived Reading  ( ) Read by Interpreter

Court advised of the Due Process Protections Act.

Rights to preliminary examination and detention hearing advised and defendant requested both.

**Detention Hearing set for November 25, 2020 at 11:00 a.m. by video before Judge Bush.**
If a preliminary hearing is needed, it will be set for a later date before Judge Bush.

Court entered Order of Temporary Detention.

Assertion of 5th and 6th Amendment Rights provided.

Parties to retain pretrial services report.

Defendant remanded to the custody of USMS.