Charles Peterson
FEDERAL PUBLIC DEFENDER
Melissa Winberg
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile:  (208) 331-5525

Attorneys for Defendant
JERALD DONALD REUTZEL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE RONALD E. BUSH)

| UNITED STATES OF AMERICA, | ) | 1:20-mj-00328-REB |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | MOTION TO WITHDRAW AND |
| | ) | FOR APPOINTMENT OF |
| vs. | ) | SUBSTITUTE COUNSEL |
| | ) | |
| JERALD DONALD REUTZEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:  BART M. DAVIS, ACTING UNITED STATES ATTORNEY
     DAVID ROBINS, ASSISTANT UNITED STATES ATTORNEY

Melissa Winberg, for the Federal Defender Services of Idaho, hereby moves this honorable Court, pursuant to Local Criminal Rule 44.1(b), to permit counsel to withdraw from further representation of Mr. Reutzel in this case. The Federal Defenders further move for immediate appointment of substitute

counsel to take over the representation of Mr. Reutzel. Defense counsel maintains that there is an unavoidable conflict of interest that requires the filing of this motion. The factual basis for this request is set forth in defense counsel's affidavit, which is being filed separately, under seal.

Mr. Reutzel requires immediate representation by counsel not burdened by such a conflict. Accordingly, counsel hereby moves to have this Court permit the Federal Defenders to withdraw and to appoint substitute counsel immediately to continue the representation of Mr. Reutzel. The Federal Defenders will do everything possible to assist any substitute counsel to get up to speed quickly on Mr. Reutzel's case.

Accordingly, the Federal Defenders, through the undersigned, respectfully request this Court to appoint substitute counsel for Mr. Reutzel at the earliest possible opportunity and to allow this office to withdraw from further responsibility in this case.

Dated: November 25, 2020

Respectfully submitted,
CHARLES PETERSON
FEDERAL PUBLIC DEFENDER
By:

/s/ Melissa Winberg
Melissa Winberg
Federal Defender Services of Idaho
Attorneys for Defendant
JERALD DONALD REUTZEL

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing MOTION TO WITHDRAW AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL was served on all parties named below on this 25th day of November, 2020.

| | |
|---|---|
| David Robins, Assistant United States Attorney | |
| Office of the United States Attorney | ____United States Mail |
| 1290 West Myrtle Street, Suite 500 | ____Hand Delivery |
| Boise, ID 83702 | ____Facsimile Transmission |
| (208) 334-1211 | _X_ CM/ECF Filing |
| (208) 334-1413 – Facsimile | ____Email Transmission |
| David.Robins@usdoj.gov | |

Dated:  November 25, 2020         */s/ Joy Fish*
                                                              Joy Fish