# UNITED STATES MAGISTRATE COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Video Detention Hearing
☒Government's Motion for Detention: GRANTED or DENIED
**Preliminary hearing set for December 9, 2020 at 10 a.m.**

<u>**MAGISTRATE JUDGE: Ronald E. Bush**</u>    DATE: November 25, 2020
DEPUTY CLERK/ESR: Jackie H.    TIME: 11:55 am – 1:15 pm
        Via Zoom
        Boise, IDAHO

## <u>UNITED STATES OF AMERICA vs. JERALD DONALD REUTZEL</u>
### MS-20-328-S-REB

Counsel for: United States (AUSA): David Robins
        Defendant: Melissa Winberg, Federal Defender
        USPO: Katie Hedrick

☒Defendant placed under oath.  Waived personal appearance for today's proceeding.
☒Court reviewed the record.
☒Constitutional rights to hearings and counsel advised.
☒Government proceeded by proffer.
☒Government's Exhibits 1-7 were offered/no objection/admitted.  Exhibit 1 to be sealed.

☒Defense proceeded by proffer. Defendant's wife willing to serve as third-party custodian.
☒Government proceeded with argument.
☒Defense proceeded with argument.

☒Court reviewed record, exhibits and proffer, as stated on the record.

☒ **ORDER:** Court stated findings of fact and conclusions of law and ordered detained pending further proceedings.

☒ Order of Detention entered by the Court.

☒ Defendant remanded to the custody of the U.S. Marshal.