UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JERALD DONALD REUTZEL,<br><br>Defendant. | Case No. 1:20-mj-00328-REB<br><br>**ORDER APPOINTING CJA COUNSEL** |

Because the above-named has testified under oath or has otherwise satisfied the court that he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require,

IT IS HEREBY ORDERED Dennis Benjamin , CJA attorney for the District of Idaho is appointed to represent the defendant in these proceedings.

Dated: **December 01, 2020**

Honorable Ronald E. Bush
United States Magistrate Judge