# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Preliminary Hearing

| | |
|---|---|
| MAGISTRATE JUDGE: Ronald E. Bush | DATE: December 9, 2020 |
| DEPUTY CLERK/ESR: Jackie Hildebrand | TIME: 10:00 – 11:50 am via Zoom |
| | Boise, IDAHO |

<u>UNITED STATES OF AMERICA vs. JERALD DONALD REUTZEL</u>
**1-20-mj-00328-REB-1**

Counsel for:   United States (AUSA): David Robins
                     Defendant: Dennis Benjamin, CJA Counsel

Order of Detention Pending Trial entered 11/25/2020

☒ Defendant placed under oath.
☒ Defendant waives person appearance.
☒ The Court reviewed the prior proceedings in this matter.

**Preliminary hearing**

**Government's Witness:** Special Agent Tucker Heap was placed under oath and examined by the Government, as stated on the record.

**Government's Exhibits:** The government motioned and offered Exhibits 1-10, no objections and admitted.

Special Agent testified:
- Cross-examined by defense counsel, Mr. Benjamin.
- Re-direct by the Government of witness.
- Further cross by defense counsel of witness.

Defense submits that there is probable cause.

Counsel provided argument, as stated on the record.
Rebuttal argument by Government.

The Court stated findings of fact and conclusions of law and found probable cause exists.

The Court Ordered that this case be bound over to the District Court for further proceedings.

Defendant remanded to the custody of the U.S. Marshal.