Dennis Benjamin, ISB No. 4199
NEVIN, BENJAMIN, McKAY & BARTLETT LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
db@nbmlaw.com

Attorneys for the Defendant Jerald Reutzel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff,    )<br>)<br>vs.    )<br>)<br>JERALD REUTZEL,    )<br>)<br>       Defendant.    )<br>_____ ) | CASE NO. 1:20-mj-00328-REB<br><br>**UNOPPOSED MOTION TO SEAL EXHIBITS FROM PRELIMINARY HEARING** |

Comes now Defendant Jerald Reutzel and moves this Court, pursuant to District Local Rule 6.0 (Criminal) and 5.3 (Civil), for an Order sealing the exhibits from the preliminary hearing. This motion is supported by a memorandum of law filed herewith. The Assistant United States Attorney handling this case has told Mr. Reutzel's counsel that the government does not oppose the motion.

DATED this 18th day of December, 2020.

                                                      NEVIN, BENJAMIN, McKAY & BARTLETT LLP

                                                      /s/Dennis Benjamin_____
                                                      Dennis Benjamin

1 - UNOPPOSED MOTION TO SEAL EXHIBITS FROM PRELIMINARY HEARING

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    David Robins
    United States Attorney's Office
    david.robins@usdoj.gov

                                  /s/Dennis Benjamin
                                  Dennis Benjamin