UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JERALD REUTZEL,<br><br>  Defendant. | Case No. 1:20-mj-00328-REB<br><br>**ORDER EXTENDING TIME FOR FILING INDICTMENT PURSUANT TO 18 U.S.C. § 3161(b) and (h)(7)** |

The motion to extend time to file an indictment filed by the United States is GRANTED, and the Court orders an extension of time to return an indictment or information against the Defendant for an additional 30 days, and finds that the time period since the filing of the complaint is excluded from the requirement in the Speedy Trial Act that an indictment be returned within 30 days.

IT IS SO ORDERED.

Dated January 21, 2021.

_____
Ronald E. Bush
Chief United States Magistrate Judge

ORDER EXTENDING TIME PURSUANT TO 18 U.S.C. § 3161(b) - 1