BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

**U.S. COURTS**

**FEB 11 2021**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JERALD DONALD REUTZEL, <br><br> Defendant. | Case No. **CR 21-043 -S DCN** <br><br> **INDICTMENT** <br><br> 18 U.S.C. § 115(a)(1)(A) <br> 18 U.S.C. § 115(a)(1)(B) <br> 18 U.S.C. § 2261A(2) |

The Grand Jury charges:

## COUNT ONE

### Influencing a Federal Official by Threat
### 18 U.S.C. § 115(a)(1)(B)

On or about November 14, 2020, in the District of Idaho, the defendant, JERALD DONALD REUTZEL, did threaten to assault, kidnap, or murder C.S., a Special Agent with the Federal Bureau of Investigation, a federal law enforcement officer, and did so with the intent to impede, intimidate, or interfere with such law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such law enforcement officer on

INDICTMENT - 1

account of the performance of official duties, all in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO

### Influencing a Federal Official by Threat
### 18 U.S.C. § 115(a)(1)(A)

On or about March 5, 2018, in the District of Idaho, the defendant, JERALD DONALD REUTZEL, did threaten to assault, kidnap, or murder a member of the immediate family of C.S., a Special Agent of the Federal Bureau of Investigation, a federal law enforcement officer, and did so with the intent to impede, intimidate, or interfere with such law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such law enforcement officer on account of the performance of official duties, all in violation of Title 18, United States Code, Section 115(a)(1)(A).

## COUNT THREE

### Cyberstalking
### 18 U.S.C. § 2261A(2)

On, about, or between October 2018 and November 2020, in the District of Idaho, the defendant, JERALD DONALD REUTZEL, with the intent to kill, injure, harass, intimidate, or place under surveillance with intent to kill, injure, harass, or intimidate another person, that is, C.S. knowingly used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to C.S., or placed C.S. in reasonable fear of death or serious bodily injury to his person, an immediate family member, or a spouse or intimate partner, all in violation of Title 18, United States Code, Section 2261A(2).

Dated this 11th day of February, 2021.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

*for* _____
DAVID G. ROBINS
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 3**