# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☐ Video Arraignment
☐ Initial Appearance

| | |
|---|---|
| MAGISTRATE JUDGE: Ronald E. Bush | DATE: February 18, 2021 |
| DEPUTY CLERK/ESR: Jackie Hildebrand | TIME: 3:30 pm - via Zoom |
| | Boise, ID |

### UNITED STATES OF AMERICA vs. JERALD DONALD REUTZEL
### 1-21-cr-00043-DCN-1

Counsel for:   United States (AUSA): David Robins
              Defendant: Dennis Benjamin, CJA Counsel

☒ Defendant placed under oath and waives personal appearance.
☒ Defendant appears on an indictment. Defendant has reviewed the indictment with counsel.
☒ Court reviewed the record.
☒ Constitutional Rights to Jury Trial and Counsel advised.
☒ Maximum Penalties Provided.
☒ Notice given re *Brady v Maryland* to defendant and counsel.  The Government objects to General Order 389 with briefing to follow.

☒ Indictment    ☐ Information    ☐ Complaint
                ☒ Copy mailed to defendant/understand the charges and maximum penalties
                ☒ Read by the Court    ☐ Waived reading    ☐ Read by Interpreter

PLEA: **NOT GUILTY** entered by the defendant

☒ Counsel made elections to the Procedural Order. Search Warrants were issued and no objection to Search Warrants being sealed at this time.

The Jury Trial is set for 4/12/2021 at 1:30 p.m. in Boise, Idaho before Chief District Judge David C. Nye.  A telephonic pre-trial readiness conference is set for 3/30/2021 at 4:00 p.m. before Judge Nye. Counsel for the Government is directed to initiate the call.
☒ Detention Order will remain in effect going forward.
☒ Defendant remanded to the custody of the U.S. Marshal.