Dennis Benjamin, ISB No. 4199
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
db@nbmlaw.com

Attorneys for the Defendant Jerald Reutzel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                          )<br>          Plaintiff,              )<br>                                          )<br>vs.                                    )<br>                                          )<br>JERALD REUTZEL,             )<br>                                          )<br>          Defendant.          )<br>_____) | CASE NO. 21-cr-043-DCN<br><br>**MOTION IN LIMINE** |

Comes now Defendant Jerald Reutzel and moves this Court for an Order excluding certain evidence from the trial. In particular, he moves to exclude:

1. Any photograph of him wearing a T-shirt with the image of a rifle and the words, in whole or part: "The quickest way to a man's heart is 2970 feet per second." Image 1 below is the T-shirt with complete text. Image 2 is a photograph of Mr. Reutzel wearing a similar T-shirt. This evidence should be excluded because it is not relevant. F.R.E. 402. Even if relevant, the prejudicial effect outweighs any probative value. F.R.E. 403. In fact, the T-shirt was a gift from his son, who is

MOTION IN LIMINE - 1

serving in the military, and was intended as a joke.





MOTION IN LIMINE - 2

2. Evidence of alleged "Other Threatening Behavior." These are listed on page 4 of Special Agent Douglas Hart's "Prosecution Memo – 11/16/2020," which is reproduced below:

**<u>Other Threatening Behavior</u>**

a. Reutzel has not limited his threatening behavior to SA Sheehan. Reutzel has appeared at the State Capitol a number of times, and has intimated threats towards others.
b. On 1/14/2017, Reutzel was contacted by the Idaho State Police (case M17000008) regarding inappropriate/threatening Facebook postings regarding Governor Butch Otter and the First Lady. The FBI was not aware of this contact at the time that Reutzel was opened as a CHS.
c. On 11/3/2018, Reutzel replied via Twitter to a posting by the Salt Lake City FBI on a case where an individual was indicted for threatening to use a biological toxin as a weapon. Reutzel wrote, "And all he did was threaten. Fuck the FBI which includes Special Agent Chris Sheehan who lied to the Grand Jury in Idaho in order to get his biggest bust. But left a felon in possession of stolen firearm to free with the stolen gun Great job Chris."
d. On 4/30/2019, the Idaho Criminal Intelligence Center issued an Officer Safety bulletin on Reutzel based on information generated in Canyon County. The bulletin states, "Reutzel is driving around Canyon County area flipping off officers while yelling 'Kill All Cops' and following officers to emergency calls. Reutzel has prior CCW arrests, multiple felony convictions, and eluding officer charges. If contact is made please use extreme caution." The bulletin demonstrates that others in law enforcement view Reutzel and his actions as threatening.

This evidence should be excluded because it is not relevant as the communications are not directed to any of the victims in this case. F.R.E. 402. Further, the prejudicial effect of this evidence outweighs any probative value. F.R.E. 403.

MOTION IN LIMINE - 3

DATED this 11th day of March, 2021.

                                NEVIN, BENJAMIN & McKAY LLP

                                /s/Dennis Benjamin
                                Dennis Benjamin

MOTION IN LIMINE - 4

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    David Robins
    United States Attorney's Office
    david.robins@usdoj.gov

                                    /s/Dennis Benjamin
                                    Dennis Benjamin