RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. CR-21-043-DCN |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF INTENT TO USE 404(b) EVIDENCE |
| JERALD DONALD REUTZEL, | |
| Defendant. | |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, pursuant to Federal Rule of Evidence 404(b), hereby notifies the defendant and his counsel that the government intends to present evidence of the Defendant's prior voluntary removals and other contents of his alien file (A-File).

The general nature of the 404(b) evidence is:

- In April of 2019, the Defendant drove around Canyon County, flipping off officers, and yelled "Kill all Cops" to cops. This happened after he was following law enforcement officers to emergency calls.

NOTICE OF INTENT TO USE 404(B) EVIDENCE - 1

- The Defendant, on his Instagram profile picture, wore a shirt that stated, "THE QUICKEST WAY TO A MAN'S HEART IS 2,970 FEET PER SECOND."

 

- The Defendant threatened various politicians through social media (redactions supplied to remove certain language):

    o On June 18, 2018, the Defendant posted to twitter, "You're a f******* piece of shit Brad. I have a surprise for you come Nov 5. Your little f****** b**** Secretary has it coming too."

    o On October 25, 2018, the Defendant posted to twitter, "Child molester Little. Can't wait to piss on your grave a**hole." He also posted, "Fk the White House fk the FBI. Call Chris @ 1 208-914-3827a for a blow job. Honor your word Trump you owe me something…"

    o On October 27, 2018, the Defendant posted to twitter, "There is a place in America for evil. You do it all the time bunch of f****** hypocrites. F*** You my VP… Where's my f******* Pardon.. You still have time but the clock is ticking before I make you cry."[1]

    o On November 6, 2018, the Defendant posted to twitter, "Can't wait to get my hands on you. And if I can't I will your family. Going to take my time and enjoy this you f****** child molester."

- The Idaho State Police visited the Defendant on January 14, 2017 to discuss the threatening messages. The Defendant was confronted. He expressed remorse and told law enforcement he would not post threatening messages again.

- The Defendant is a convicted felon and was prohibited from possessing firearms.

---

[1] This post is inextricably intertwined with charged conduct as it references an alleged pardon and a threat associated therewith and not subject to notice requirements. *See*

NOTICE OF INTENT TO USE 404(B) EVIDENCE - 2

Respectfully submitted this 24th day of March, 2021.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:


       */s/ David G. Robins*
       DAVID G. ROBINS
       Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2021, the foregoing **NOTICE OF INTENT TO USE 404(B) EVIDENCE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Dennis Benjamin<br>Nevin, Benjamin & McKay, LLP<br>PO Box 2772<br>Boise, ID 83701 | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ Email |

*/s/ Laura Rodriguez*
Legal Assistant

NOTICE OF INTENT TO USE 404(B) EVIDENCE - 4