Dennis Benjamin, ISB No. 4199
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
db@nbmlaw.com

Attorneys for the Defendant Jerald Reutzel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 21-cr-043-DCN |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO** |
| vs. | ) | **VACATE TRIAL DATE** |
| | ) | |
| JERALD REUTZEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Jerald Reutzel, by and through his attorney, Dennis Benjamin, hereby moves this Honorable Court to continue his trial, which is currently scheduled for April 12, 2021. This motion is made after consultation with the government, which does not oppose this motion. Good cause to grant his motion exists because the parties are in settlement negotiations. Mr. Reutzel is developing additional information which may aid in the settlement process. In addition, the government received forensic evidence today which has not yet been disclosed to defense counsel. Finally, there are pre-trial motions pending before the court.

UNOPPOSED MOTION TO VACATE TRIAL DATE - 1

Mr. Reutzel respectfully requests the Court to continue the trial for at least 90 days. Should the parties resolve this case prior to any new trial setting, the undersigned will notify the Court immediately, so it can adjust its calendar accordingly.

DATED this 29th day of March, 2021.

NEVIN, BENJAMIN & McKAY LLP

 /s/Dennis Benjamin
Dennis Benjamin

UNOPPOSED MOTION TO VACATE TRIAL DATE - 2

## CERTIFICATE OF SERVICE

    I hereby certify that on the 29th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    David Robins
    United States Attorney's Office
    david.robins@usdoj.gov

                              /s/Dennis Benjamin
                              Dennis Benjamin