AO 199A (as modified by the District of Idaho - Rev. 11/20) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No.   0976 1:21CR00043-001 |
| Jerald Donald Reutzel | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed by U.S. Probation to serve a sentence that the court may impose.

The defendant must appear at: _____as directed._____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

DEFENDANT: Jerald Donald Reutzel

## ADDITIONAL CONDITIONS OF RELEASE

6. The defendant is placed in the custody of: Rebecca Reutzel
   City and State: Middleton, Idaho
   Telephone No.: 208-794-2416
   Email Address:

   Signature: _____  Date: _____

   Who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

7. The defendant must submit to supervision by and report for supervision to Pretrial Services as directed.

8. The defendant must maintain employment, as directed by the Pretrial Services offices.

9. The defendant must avoid all contact, directly or indirectly, with any person who is known to be a victim or witness in the investigation or prosecution.

10. The defendant must participate in a mental health assessment or evaluation and follow all recommendations for treatment to include pharmacological intervention. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

11. The defendant must not possess a firearm, destructive device or other weapon (i.e. anything that was designed or modified for the specific purpose of causing bodily injury or death to another person such as nunchucks or tasers). There shall be none of the same in the home where the defendant resides, regardless of ownership.
    .

12. The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 § 802, unless prescribed by a licensed medical practitioner. The defendant must not use or unlawfully possess drug paraphernalia.

13. The defendant is subject to home incarceration as follows:

    **Home Incarceration**   a) Home Incarceration - The defendant is restricted to a 24-hour-a-day lockdown at his/her residence except for medical necessities, mental health treatment, and court appearances or other activities specifically approved by the Court.

    b) The defendant must submit to location monitoring technology as directed by the Pretrial Services office or supervising officer and comply with all of the program requirements and instructions provided. The defendant must pay all of or part of the costs of the program based upon his/her ability to pay as determined by the Pretrial Services office or supervising officer.

14. The defendant must report as soon as possible to the Pretrial Services officer or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

15. The defendant must provide the Pretrial Services officer with any requested financial information and shall not open any new lines of credit without the Pretrial Services officer's approval.

16. The defendant must maintain current residence and shall not move or change residences without prior approval of the Pretrial Services officer.

17. The defendant shall have no contact with any persons known to be engaged in criminal activity, or who are using or possessing any controlled substances.

DEFENDANT: Jerald Donald Reutzel

## ADDITIONAL CONDITIONS OF RELEASE

18. The defendant shall not possess or use a device with internet access or access the internet, unless approved by the Court in advance. If access to an internet capable device is approved, the defendant shall comply with the requirements of the United State Probation and Pretrial Computer Monitoring Program as directed. The defendant shall consent to the United States Probation and Pretrial Office conducting ongoing monitoring of his computer(s), hardware, software, and other electronic devices/medica. The monitoring may include the installation, at the defendant's expense, of hardware or software systems which allows evaluation of his computer use. Monitoring may also include retrieval and copying of all data from his computer or other electronic devices/media. Monitoring may occur at any time with or without reasonable suspicion of violations of pretrial release. Provided, however, that even if the defendant is permitted to access an internet device, he is prohibited from using such device to directly or indirectly access, use, or view any social media sites, platforms, applications or the like.

19. The defendant must adhere to and comply with all federal, state, and local laws, orders, rules, and the like regarding social distancing and self-isolation and protocols regarding COVID-19 including, but not limited to, Idaho's Reopening Plan and the orders of the court.

20. The defendant shall be transported from SeaTac BPO to Boise, Idaho, by the U.S. Marshal Service. Upon arrival in Boise, Idaho, the defendant shall be released from custody within 24 hours to his wife, Rebecca Reutzel, or defense counsel, for coordination and installation of location monitoring technology.

AO 199C (as modified by the District of Idaho - Rev. 11/20) Advice of Penalties

DEFENDANT:     Jerald Donald Reutzel

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

Seatac Washington
_____
City and State

### Directions to the United States Marshal

( X )  The defendant is ORDERED released after processing.
( ☐ )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: April 8, 2021

_____
Judicial Officer's Signature

Ronald E. Bush, Chief United States Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL