Dennis Benjamin, ISB No. 4199
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
db@nbmlaw.com

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,          )<br>                              )<br>vs.                           )<br>                              )<br>JERALD REUTZEL,               )<br>                              )<br>           Defendant.         )<br>                              )<br>_____) | CASE NO. 1:21-CR-00043-DCN<br><br>**MOTION TO AMEND CONDITION OF RELEASE** |

Defendant Jerald Reutzel hereby moves this Honorable Court to amend Additional Condition of Release 20 (Dkt #42) to permit the Third-Party custodian, Rebecca Reutzel, to transport him directly from Sea-Tac FDC to his home in Middleton, Idaho. Upon arrival he would immediately contact Pretrial Services for coordination and installation of location monitoring technology. This motion is made pursuant to 18 U.S.C. § 3145(a)(2).

Good cause exists to grant the motion. The Court granted release to house arrest on April 8, 2021, and ordered Mr. Reutzel be transported from SeaTac FDC to Boise. Transport has not been accomplished in the two weeks since the order. Of

course, the Marshal will not reveal transport plans for operational security.  Thus, this Court should set the matter for a hearing and grant the motion if the Marshal's Service have not been able to transport Mr. Reutzel by then.

    Respectfully submitted this 23rd day of April, 2021.

                        NEVIN, BENJAMIN & McKAY LLP

                        /s/Dennis Benjamin
                        Dennis Benjamin

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2021, I electronically filed and serviced the foregoing with the Clerk of the Court using the CM/ECF system to the following parties:

David Robins
United States Attorney's Office
David.Robins@usdoj.gov

/s/Dennis Benjamin
Dennis Benjamin