**CRIMINAL PROCEEDINGS - Change of Plea**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| Judge: Candy W. Dale | Date: December 6, 2021 |
| Courtroom Deputy/ESR: Amy Tate | Time: 2:02-2:28 PM |
| | Location: Boise, ID |

**UNITED STATES OF AMERICA vs. JERALD DONALD REUTZEL**
**Case No.:** 1:21-cr-00043-DCN

Counsel for United States: AUSA David Robins
Counsel for Defendant: Dennis Benjamin, CJA (previously appointed)
Interpreter: N/A

Defendant placed under oath.
☒ Waiver of Right to District Judge executed.
Defendant found competent to enter a knowing and voluntary plea.
Defendant is satisfied with representation of counsel.
Government stated for the record the elements and evidence of the charge(s).
Defendant advised of the sentencing guidelines and maximum penalties.
Defendant's Constitutional Rights explained.
Defendant agrees with the elements of the charge(s) as stated by the Government.
Plea Agreement discussed and Defendant understands the terms of the agreement.
Defendant and counsel advised the change of plea is voluntary, all potential defenses have been discussed and Defendant fully understand the rights which are being waived.
Defendant entered a plea of guilty to Count(s) 1 of the Indictment.
Plea accepted by the Court.
**Sentencing set before Judge David C. Nye: March 14, 2022 at 3:00 PM**
Court ordered a presentence investigation report.
    Original report to Counsel:   January 31, 2022
    Notification of Objections: February 14, 2022
    Final Report Due: February 28, 2022
☒ Report and Recommendation shall be entered recommending: dismissal of Counts 2 & 3 at the time of Sentencing.
The Court determined the Defendant is not likely to flee or pose a danger to the safety of the community and extraordinary circumstances exist to allow the Defendant to remain on pretrial release.

<u>Any motions for departure, sentencing memorandums or letters in support must be filed seven (7) days prior to the sentencing hearing. Sentencing hearing is scheduled for 1 hour.</u>