Dennis Benjamin, ISB No. 4199
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
db@nbmlaw.com

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                            )<br>           Plaintiff,                      )<br>                                                            )<br>vs.                                                     )<br>                                                            )<br>JERALD REUTZEL,                        )<br>                                                            )<br>           Defendants.                 )<br>_____)    | CASE NO. 1:21-CR-00043-DCN<br><br>**DEFENDANT JERALD REUTZEL'S UNOPPOSED MOTION TO VACATE AND CONTINUE SENTENCING** |

Jerald Reutzel asks this Court to continue his sentencing hearing, which is currently scheduled for March 21, 2022. Mr. Reutzel seeks a continuance for no less than sixty (60) days. This Motion is based on the Affidavit of Counsel filed herewith and is unopposed by the government.

DATED this 9th day of March, 2022.

NEVIN, BENJAMIN & McKAY LLP

/s/Dennis Benjamin
Dennis Benjamin

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

David Robins
United States Attorney's Office
david.robins@usdoj.gov

                                            /s/Dennis Benjamin
                                            Dennis Benjamin