Dennis Benjamin, ISB No. 4199
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
db@nbmlaw.com

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JERALD REUTZEL, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. 1:21-CR-00043-DCN <br><br> **AFFIDAVIT IN SUPPORT OF DEFENDANT JERALD REUTZEL'S UNOPPOSED MOTION TO VACATE AND CONTINUE SENTENCING** |

I, Dennis Benjamin, being first duly sworn upon oath, hereby state:

1. I am an attorney duly licensed to practice law before this Court.

2. I am appointed counsel for Jerald Reutzel.

3. The sentencing hearing is currently set for March 21, 2022.

4. Mr. Reutzel seeks an additional 60 days in order to obtain a progress report from a Ph.D. psychologist or psychiatrist. This would be used in support of his motion for a variance. As noted in the PSI, Mr. Reutzel obtained a psychological evaluation from Dr. Buschi, M.D. The doctor diagnosed Mr. Reutzel with bipolar disorder, PTSD, and ADHD. He recommended a combination of medication and

AFFIDAVIT IN SUPPORT OF DEFENDANT JERALD REUTZEL'S UNOPPOSED MOTION TO VACATE AND CONTINUE SENTENCING- 1

counseling. Mr. Reutzel has followed those recommendations. His family and counselors have seen progress. Unfortunately, Dr. Buschi has not responded to requests that he provide a progress report to this Court. Mr. Reutzel would like additional time to obtain the services of a Ph.D. level psychologist or psychiatrist to review his files, conduct a clinical interview, and provide a report.

5. The government does not oppose this motion.

6. I certify that this motion is brought in good faith and not for any purpose of improper delay. Counsel believes he needs the report in order to provide the effective assistance of counsel for his client.

7. Mr. Reutzel is not in custody and consents to this motion to continue his sentencing hearing.

This ends my affidavit.

/s/Dennis Benjamin
Dennis Benjamin

SUBSCRIBED AND SWORN TO
before me this 9th day of March 2022.

/s/Debi Presher                           (NOTARY SEAL)
Notary Public for the State of Idaho
Residing at: Caldwell, ID
My commission expires: 11/8/25

## CERTIFICATE OF SERVICE

    I hereby certify that on the 9th day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

David Robins
David.Robins@usdoj.gov.

                                                 /s/Dennis Benjamin
                                                 Dennis Benjamin