<u>CRIMINAL PROCEEDINGS</u> - **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Judge David C. Nye | Date: August 30, 2022 |
| Case No: 1:21-cr-43-DCN | Deputy Clerk: Patti Richmond |
| Place: Boise, ID | Reporter: Anne Bowline |
| | Time: 11:00 – 11:33 am |

## <u>UNITED STATES OF AMERICA vs JERALD DONALD REUTZEL</u>

Counsel for United States: David G. Robins
Counsel for Defendant: Dennis Benjamin
Probation Officer: Michael Lee

(X) Court reviewed case history.
(X) Defendant previously entered a plea of **GUILTY to Count One of the Indictment and agreed to the Forfeiture**.
(X) Government moved to dismiss Counts Two and Three of the Indictment. Granted.
(X) Rule 11 Plea agreement.
(X) Government advised the court that the victim was unable to attend today's sentencing but read a statement from the victim to the court.
(X) Counsel made sentencing recommendations to the Court.
(X) Defendant made remarks on his own behalf.
(X) Court ruled on defendant's objections to the Presentence Report at the time of sentencing.
(X) Court granted 3rd level for acceptance of responsibility. Already provided for in the sentencing recommendation. Granted.

**Adjusted Combined Offense Level 15     Criminal History Category I     Guideline Range of 18-24 months**

(X) Court addressed 3553(a) factors and finds there is grounds to sentence outside the guideline range as stated on the record.

**SENTENCE:**
Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant, **Jerald Donald Reutzel**, is hereby placed on probation for **three (3) years.**

It is further ordered the defendant shall pay to the United States $100 special assessment which shall be due immediately.

It is further ordered that the defendant shall pay to the United States a fine of $500.   The fine shall be paid immediately.

All monetary penalties are due and payable immediately.

Having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

During the term of probation, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month to be paid in full prior to his release from probation.

The foregoing does not preclude collection efforts under 18 U.S.C. § 3613.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt. 62)


(X) Defendant advised of penalties for violation of terms and conditions of supervised release.
(X) Right to appeal explained.
(X) Defendant will be credited with all time served in federal custody.